IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DUKHAN MUMIN,<br><br>        Plaintiff,<br><br>vs.<br><br>TIM MCLAUGHLIN, VALORIE BENEDIXON, Hall County Nebraska; TODD BAHENSKY, RUSS, Caseworker; et al.,<br><br>        Defendants. | 8:17CV100<br><br>**MEMORANDUM AND ORDER** |

On March 27, 2017, the court ordered Plaintiff to either show cause for why this case should not be dismissed pursuant to 28 U.S.C. § 1915(g) or pay the court's $400.00 filing and administrative fees. To date, Plaintiff has not made the required showing or paid the required fees.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 2nd day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge